Commonwealth *v.* Williams, Appellant.

Submitted June 21, 1971. *Dennis H. Eisman,* and *Needleman, Needleman, Tabb & Eisman,* for appellant; *James T. Owens* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

Commonwealth *v.* Williams, Appellant.

Submitted June 22, 1971. *Frank Carano,* and *Carano and Kunken,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Williams, Appellant.

Submitted June 14, 1971. *Charles J. King, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District At-

torney, *William T. Nicholas,* Executive Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

WRIGHT, P. J., dissents.

Commonwealth *v.* Williams, Appellant.

Submitted June 21, 1971.

*Michael L. Levy* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Deborah E. Glass* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Williams, Appellant.

Submitted June 21, 1971.

*Stanley M. Shingles,* and *Fineman & Fineman,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.